UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

J & K SAI HOSPITALITY LLC dba
SUBURBAN EXTENDED STAY,

    Plaintiffs,                    Case No.:  3:22-cv-04377-MCR-MJF

v.

STEADFAST INSURANCE COMPANY,

    Defendant.
_____/

## JOINT STATUS REPORT

J&K SAI Hospitality LLC ("J&K") and Steadfast Insurance Company ("Steadfast") file this Joint Status Report, pursuant to the Court's May 6, 2024, Order [DE 63], and state:

1.     J&K has selected and appointed Jason Juday with Pride Estimating & Appraisal Service as its appraiser.

2.     Steadfast has selected and appointed Matt Erndt with DBI Construction Consultants as its appraiser.

3.     The appraisers are in the process of selecting an Umpire.

                              BUTLER WEIHMULLER KATZ CRAIG LLP

                              /s/ *J. Pablo Caceres*
                              J. PABLO CÁCERES
                              Florida Bar No.:  131229
                              pcaceres@butler.legal

    KATHLEEN P. PHILLIPS
    Florida Bar No.: 163149
    kphillips@butler.legal
    Secondary: dbittner@butler.legal
         marthur@butler.legal
    400 N. Ashley Drive, Suite 2300
    Tampa, Florida 33602
    Telephone: (813) 281-1900
    Facsimile: (813) 281-0900
    *Attorneys for Steadfast Insurance Company*

    MCDONALD & BARNHILL, PA

    */s/ David Duff Barnhill*
    ANDREW PHILIP MCDONALD
    Florida Bar No.: 805661
    DAVID DUFF BARNHILL
    Florida Bar No.: 90442
    12000 North Dale Mabry Hwy
    Suite 270
    Tampa, Florida 33618
    eservice@McDonaldBarnhill.com
    amcdonald@mcdonaldbarnhill.com
    dbarnhill@mcdonaldbarnhill.com
    *Attorneys for J&K SAI Hospitality dba Suburban Extended Stay*

## CERTIFICATE OF SERVICE

 I certify that a copy hereof has been furnished to all parties of record via CM/ECF system on August 5, 2024.

    */s/ J. Pablo Caceres*
    J. PABLO CACERES