UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION


J & K SAI HOSPITALITY LLC dba
SUBURBAN EXTENDED STAY,

     Plaintiff,                      Case No.: 3:22-cv-04377-MCR-MJF

v.

STEADFAST INSURANCE COMPANY,

     Defendant.
_____/


## JOINT STATUS REPORT

J&K SAI Hospitality LLC ("J&K") and Steadfast Insurance Company ("Steadfast") file this Joint Status Report, pursuant to the Court's May 6, 2024, Order [ECF 63], and state:

1. Steadfast's Appraiser inspected the property on November 19 and 20, 2024. His inspection revealed that the interior of the property had been gutted and there were no contents. At this time, it is unknown how this will affect the appraisal process.

2. It is believed the inspections of the property are done, notwithstanding any unforeseen circumstances.

3. The appraisers are working on their estimates and hope to meet soon to

discuss.

BUTLER WEIHMULLER KATZ CRAIG LLP


/s/ Kathleen P. Phillips
DAVID J. MALDOFF
Florida Bar No.:  0720836
dmaldoff@butler.legal
KATHLEEN P. PHILLIPS
Florida Bar No.: 163149
kphillips@butler.legal
Secondary:  hkerr@butler.legal;
marthur@butler.legal
400 N. Ashley Drive, Suite 2300
Tampa, Florida  33602
Telephone:   (813) 281-1900
Facsimile:    (813) 281-0900
*Attorneys for Steadfast Insurance Company*



MCDONALD & BARNHILL, PA

/s/ David D. Barnhill
David D. Barnhill No. 90442
12000 North Dale Mabry Hwy
Suite 270
Tampa, Florida 33618
eservice@McDonaldBarnhill.com
amcdonald@mcdonaldbarnhill.com
dbarnhill@mcdonaldbarnhill.com
*Attorneys for J&K SAI Hospitality dba Suburban Extended Stay*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing document was electronically filed with the Clerk of Court using CM/ECF, which electronically served said document on all Counsel of Record on <u>February 3, 2025</u>.

<u>/s/ Kathleen P. Phillips</u>
KATHLEEN P. PHILLIPS